Mindy Kallus, Esq.
3220 Netherland Ave., Suite 5D
Bronx, New York 10463
(646)954-1816
kallusesq@gmail.com

January 21, 2020

(VIA ECF)
Hon. Debra Freeman
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Courtroom 17A
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/2020

Re: *Cindy Chen v. Shanghai Café Deluxe, Inc., et al,.*
16-cv-04790

Dear Magistrate Judge Freeman:

As an attorney with the Law Offices of Michael Chong I recently represented all Defendants in this action. Due to a change in circumstances, I am no longer associated with Mr. Chong. Accordingly I respectfully move to withdraw as counsel for Defendants. Defendants will not be prejudiced as Mr. Chong has represented Defendants from the outset of this action.

Very Truly Yours,

/s/Mindy Kallus

To: All Counsel (VIA ECF)

granted. The clerk of Court is directed to terminate Ms. Kallus' representation of Defendants in this action.

SO ORDERED: DATE: 1/22/2020

DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE