UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

___CINDY CHEN_____

_____
*(List the name(s) of the plaintiff(s)/petitioner(s).)*

__16__ Civ. __04790_____ ( _DF_ ) (_____)

- against -

**AFFIRMATION OF SERVICE**

___SHANGHAI CAFE DELUXE, INC. d/b/a Shanghai Cafe et al__

_____

_____

*(List the name(s) of the defendant(s)/respondent(s).)*

I, *(print your name)* ___Gavin Dass_____, declare under penalty of perjury that I
served a copy of the attached *(list the names of the documents you served)*: __Order dated June 16, 2021_____
__(Document 147)_____

_____

upon all other parties in this case by *(state how you served the documents, for example, hand delivery,*
*mail, overnight express)* __By Mail_____ to the
following persons *(list the names and addresses of the people you served)*: _____
___YILI WENG_____
___95-08 68th Avenue, Forest Hills, NY 11375_____
___(Last Known Residential Address)_____
on *(date you served the document(s))* __June 22, 2021_____.

___6/29/2021_____
Dated

Signature
__41-25 Kissena Blvd, Suite 103_____
Address
__Flushing, NY_____
City, State
__11355_____
Zip
__718-762-1324_____
Telephone Number
__troylaw@troypllc.com_____
E-Mail Address

*Rev. 01/2013*