UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

___CINDY CHEN_____

_____

*(List the name(s) of the plaintiff(s)/petitioner(s).)*     _16_ Civ. __04790_____ ( _DF_ ) (_____)

- against -     **AFFIRMATION OF SERVICE**

__SHANGHAI CAFE DELUXE, INC. d/b/a Shanghai Cafe et_ al

_____

_____

*(List the name(s) of the defendant(s)/respondent(s).)*

I, *(print your name)* __Gavin Dass_____, declare under penalty of perjury that I served a copy of the attached *(list the names of the documents you served)*: __Order dated June 16, 2021_____ __(Document 147)_____

_____

upon all other parties in this case by *(state how you served the documents, for example, hand delivery, mail, overnight express)* __By Mail_____ to the following persons *(list the names and addresses of the people you served)*: _____

__PING LIN_____

__100 Mott Street New York, NY 10013_____

__(Last Known business address for Defendant)_____

on *(date you served the document(s))* __June 22, 2021_____.

__6/29/2021_____
Dated

_____
Signature
__41-25 Kissena Blvd, Suite 103__
Address
__Flushing, NY__
City, State
__11355__
Zip
__718-762-1324__
Telephone Number
__troylaw@troypllc.com__
E-Mail Address

*Rev. 01/2013*