UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

___CINDY CHEN_____

_____

(*List the name(s) of the plaintiff(s)/petitioner(s).*)

__16__ Civ. __04790_____ ( DF ) (_____)

- against -

**AFFIRMATION OF SERVICE**

___SHANGHAI CAFE DELUXE, INC. d/b/a Shanghai Cafe et al___

_____

_____

(*List the name(s) of the defendant(s)/respondent(s).*)

I, (*print your name*) ___Gavin Dass_____, declare under penalty of perjury that I served a copy of the attached (*list the names of the documents you served*): __Order dated June 16, 2021_____ __(Document 147)_____

_____

upon all other parties in this case by (*state how you served the documents, for example, hand delivery, mail, overnight express*) ___By Mail_____ to the following persons (*list the names and addresses of the people you served*): _____

___XINSHENG GU a/k/a John Gu_____

___100 Mott Street New York, NY 10013_____

___(Last Known business address for Defendant)_____

on (*date you served the document(s)*) __June 22, 2021_____.

___6/29/2021_____
Dated

*[Signature]*
Signature
___41-25 Kissena Blvd, Suite 103___
Address
___Flushing, NY_____
City, State
___11355_____
Zip
___718-762-1324_____
Telephone Number
___troylaw@troypllc.com_____
E-Mail Address

*Rev. 01/2013*