**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
CINDY CHEN, on behalf of herself and all
others similarly situated,

                             Plaintiff,

          -against-                                                        16 **CIVIL** 4790 (VF)

                                                                           **DEFAULT JUDGMENT**

SHANGHAI CAFÉ DELUXE, INC.
d/b/a Shanghai Café;

                             Defendant.
-------------------------------------------------------------------X

          It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated March 8, 2023, Plaintiff is entitled to default

judgment against Defendants and to an award of damages in the amount of $170,506.50. Plaintiff

is also entitled to an award of post-judgment interest, to be calculated from the date the Clerk of

Court enters judgment in this action until the date of payment, using the federal rate set forth in

28 U.S.C. § 1961. Additionally, Plaintiff is entitled to an award of attorneys' fees in the amount

of $55,022.48 and costs in the amount of $400. Finally, pre-judgment interest is calculated at the

statutory rate of 9% a year on the amount of $82,753.25, from March 6, 2014, in the amount of

$67,111.75.

**Dated:**  New York, New York

          June 11, 2024

                                                  **RUBY J. KRAJICK**
                                        _____
                                                  **Clerk of Court**

                              **BY:**        K. Mango
                                        _____
                                                  **Deputy Clerk**